UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 15, 2020  **Time:** 9:55 – 10:36 A.M.  **Judge:** BETH LABSON FREEMAN
**Total Time:** 41 Minutes

**Case No.**: 5:17-cr-00237-BLF-3  **Case Name:** UNITED STATES v. Martha Zuniga-Tirado

**Attorney for Plaintiff:** Scott Simeon
**Attorney for Defendant:** Severa Keith for Martha Zuniga-Tirado - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell   **Court Reporter:** Summer Fisher
**Interpreter:** N/A                         **Probation Officer:** Melissa Moy

## PROCEEDINGS

**SENTENCING**

**Sentencing Hearing held via Zoom Webinar.**

**The Defendant is Sentenced as to COUNT 4 of the Indictment filed on 5/4/017 to PROBATION for a term of 5 Years.**

**The Court Orders a Special Assessment in the amount of $100.00; Fine Waived**

**The Government moves to dismiss remaining Count 3.  The Court GRANTS the Government's request.**

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Courtroom Deputy*

Original E-Filed